UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   A18-60400-SMS              SAGE M. SIGLER, JUDGE
DEBTOR(S): TRIQUANNA SHANTIA MANN     DATE: AUGUST 28, 2018
```

K. EDWARD SAFIR REPORT BACK IN 10 DAYS

WHETHER THE DEBTOR(S) PLAN PAYMENTS ARE CURRENT.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS AGAINST CONFIRMATION BECAUSE:
THE DEBTOR(S) PLAN PAYMENTS REMAIN DELINQUENT.
PLEASE ENTER AN ORDER OF DISMISSAL.

November 16, 2018


```
                        _____/s/_____
                        K. EDWARD SAFIR, ATTORNEY
                        STATE BAR NO. 622149
```




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N. E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

A18-60400-SMS

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

TRIQUANNA SHANTIA MANN
3022 LINKS DRIVE, SE
ATLANTA, GA 30317

ATTORNEY FOR DEBTOR(S):

SLIPAKOFF & SLOMKA, PC
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA 30339

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 16th day of November 2018



_____/s/_____
K. EDWARD SAFIR, ATTORNEY
STATE BAR NO. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N. E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com